IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BRETT K. HARRIS, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 07-6136-KI |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Kathryn Tassinari
Drew L. Johnson
1700 Valley River Drive
Eugene, Oregon  97401

    Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97201-2902

Page 1 - JUDGMENT

      L. Jamala Edwards
      Special Assistant United States Attorney
      Social Security Administration
      701 5th Avenue, Suite 2900 M/S 901
      Seattle, Washington  98104-7075

          Attorneys for Defendant

KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for a finding of disability.

      Dated this ____9th____ day of June, 2008.

                                                     /s/ Garr M. King
                                                     Garr M. King
                                                     United States District Judge